Katherine Snuffer/DCD/DC/USCOURTS
08/12/2008 05:30 PM

To  Jacqueline M. Francis/DCD/DC/USCOURTS@USCOURTS
cc
bcc
Subject  Fw: Transfer of Case; MDL 1760 (CTO 74) (Dist. of Columbia Case No. 1:08-cv-1186, John Light, et al v. Novartis)

Hi Jackie,    This is a J.Sullivan Case.

----- Forwarded by Katherine Snuffer/DCD/DC/USCOURTS on 08/12/2008 05:29 PM -----

Ann G Frantz/TNMD/06/USCOURTS
08/12/2008 01:06 PM

To  dcd cmecf/DCD/DC/USCOURTS@USCOURTS, DCDml_MDLClerk
cc
Subject  Transfer of Case; MDL 1760 (CTO 74) (Dist. of Columbia Case No. 1:08-cv-1186, John Light, et al v. Novartis)

Clerk of Court
United States District Court
District of Columbia
333 Constitution Avenue, NW
Washington, DC  20001

In Re:  MDL 1760 In Re Aredia and Zometa Products Liability Litigation
        Conditional Transfer Order 74

Dear Clerk of Court:

Attached is a certified copy of CTO 74 from the Judicial Panel on Multidistrict Litigation transferring your case to the Middle District of Tennessee.  The new case number is listed on the order.

*Please transmit your record via the ECF District Transfer method to Tennessee Middle.*

If this is not possible, please forward the case file and docket sheet, preferably as PDF documents attached to an email addressed to: ann_g_frantz@tnmd.uscourts.gov.

Thank you.


CTO 74.pdf

Ann Frantz
Operations Manager
United States District Court
Middle District of Tennessee
801 Broadway, Room 800
Nashville, TN  37203

Phone: (615) 736-2364
Fax:  (615) 736-2229
www.tnmd.uscourts.gov